**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 17-cv-2188 DWF-HB**

| | |
|---|---|
| Levi Jensen and Whitney Strantz, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Village Green Management Company, LLC and Park Glen Corporation,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiffs Levi Jensen and Whitney Strantz ("Plaintiffs") and Defendant Village Green Management Company, LLC and Park Glen Corporation ("Defendants"), by their respective undersigned attorneys, that the above-entitled action by Plaintiffs against Defendants may be, and hereby is dismissed on its merits with prejudice with each party to bear its own fees and costs.

Dated: November 14, 2017.        s/Thomas J. Lyons Jr.

Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 249646
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
Email: tommy@consumerjusticecenter.com

*ATTORNEYS FOR PLAINTIFFS*

Dated:  November 14, 2017.	By:  s/Jacob D. Koering

Ellen B. Silverman MN Reg. No. 387387
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612-333-3434
Fax: 612-334-8888
esilverman@hinshawlaw.com

New York Office:
800 Third Avenue, 13th Floor
New York, NY 10022
Telephone: 212-471-6200
Fax: 212-935-1166
esilverman@hinshawlaw.com

Jacob D. Koering, Esq.
MILLER CANFIELD
225 W. Washington, Suite 2600
Chicago, Illinois 60606 (USA)
T +1.312.460.4272
koering@millercanfield.com

*ATTORNEYS FOR DEFENDANTS*