## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Levi Jensen and Whitney Strantz, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>Village Green Management Company, LLC and Park Glen Corporation,<br><br>           Defendants. | Civil No. 17-2188 (DWF/HB)<br><br><br><br>**ORDER FOR DISMISSAL<br>WITH PREJUDICE** |

Based upon the Stipulation of Dismissal With Prejudice filed by the Plaintiffs and Defendants on November 14, 2017, (Doc. No. [23]),

**IT IS HEREBY ORDERED** that this action against Defendants is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated: November 14, 2017           s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            United States District Judge